UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES H. TREESH,

       Plaintiff,

                                   Case No. 2:13-cv-834
   v.                              JUDGE GREGORY L. FROST
                                   Magistrate Judge Terence P. Kemp

ROBERT WATSON, et al.,

       Defendants.

<u>ORDER</u>

This matter is before the Court for consideration of the Magistrate Judge's November 15, 2013 Report and Recommendation.  (ECF No. 23.)  In that filing, the Magistrate Judge noted that he had previously ordered Plaintiff to file an amended complaint, recognized that Plaintiff had failed to comply with that order, and recommended that this Court deny all pending motions as moot and dismiss this action without prejudice.  The Report and Recommendation advised that the failure to object within fourteen days would "result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id.* at Page ID # 907.)

The Court has reviewed the Report and Recommendation.  Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 23), **DENIES AS MOOT** all pending motions (ECF Nos. 3, 4, 5, 7, 8, 9, 10, 11), and **DISMISSES WITHOUT PREJUDICE** this action.  The Clerk is **DIRECTED** to send a copy

1

of Plaintiff's Complaint (ECF No. 15), a copy of the Report and Recommendation (ECF No. 23),

and a copy of this Order to the Ohio Attorney General's Office, 150 E. Gay St., 16th Floor,

Columbus, Ohio 43215.  The Clerk shall also enter judgment accordingly and terminate this case

on the docket records of the United States District Court for the Southern District of Ohio,

Eastern Division.

        **IT IS SO ORDERED.**

                                       /s/  Gregory L. Frost
                                       GREGORY L. FROST
                                       UNITED STATES DISTRICT JUDGE